# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Trustgard Insurance Company, *Plaintiff* v. Kendrick Drayton and Patrick Drayton, *Defendants* | Civil Action No. 5:16-03681-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: declaratory judgment is entered for the Plaintiff, against the Defendants, Kendrick and Patrick Drayton and the court finds that the Plaintiff has no duty to provide coverage to the Draytons for any injuries sustained by the accident. Moreover, Plaintiff has no duty to defend or indemnify Kendrick Drayton under the Policy.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding. The court having granted plaintiff's motion for judgment by default.

Date: March 26, 2018

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*